UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GASBUDDY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 20-11470 |
| | ) | |
| PAGEMASTER CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT PAGEMASTER CORP.'S ANSWER
TO PLAINTIFF'S COMPLAINT AND JURY DEMAND**

NOW comes the Defendant, PageMaster Corp. ("PageMaster") and hereby answers the plaintiff's complaint as follows:

1. The first sentence of paragraph 1 of the complaint merely states the nature of the claim, and thus, no response is required. But, to the extent that the first sentence suggests that the defendant breached any contract or committed any wrongdoing, denied. As to the second and third sentences, admitted.

2. As to the first sentence, denied. As to the second sentence, denied, as defendant states that the change to the promotional language was agreed to by plaintiff and effectuated by plaintiff. As to the third and fourth sentences, denied.

3. Admitted.

4. Admitted.

5. The averments contained in paragraph 5 of the complaint constitute conclusions of law to which no response is required.

6. The averments contained in paragraph 6 of the complaint constitute conclusions of law to which no response is required.

7. The averments contained in paragraph 7 of the complaint constitute conclusions of law to which no response is required.

8. As to the first three sentences of paragraph 8, defendant is without information to admit or deny the averments contained therein, and calls upon plaintiff to prove same, if material. As to the last sentence, admitted.

9. As to the first sentence of paragraph 9, admitted.  Further answering, the agreement speaks for itself.

10. Admitted.

11. As to paragraph 11 of the complaint, the agreement speaks for itself, and thus no response is required.

12. As to paragraph 12 of the complaint, the agreement speaks for itself, and thus no response is required.

13. As to paragraph 13 of the complaint, the agreement speaks for itself, and thus no response is required.

14. As to paragraph 14 of the complaint, the agreement speaks for itself, and thus no response is required.

15. Admitted.

16. As to the first sentence of paragraph 16, denied.  Admitted as to the second sentence. As to the next three sentences, the emails speak for themselves and thus no response is required.  As to the last sentence, this allegation is misleading in that at or around that time,

GasBuddy provided artwork and related promotional materials to PageMaster, and PageMaster responded by approving same.

17.   As to the first sentence, admitted.  As to the second sentence, denied.  As to the third sentence, to the extent that plaintiff claims that the marketing material shown in the complaint was approved or used in January 2019, denied.

18.   As to the first sentence of paragraph 18, PageMaster states that it cannot respond because it is unclear which promotional materials are being referenced, and further answering the email speaks for itself and no response is required. As to the second sentence, defendant denies that it conflicted with the agreement or Mr. Resnick's email, and further denies that the change to the promotion "conflicted" with the manner in which the Promotion had been administered since its inception.

19.   As to the first sentence, admitted, but the ability to cancel was set forth in the terms and conditions. As to the second sentence, the email speaks for itself.

20.   The defendant repeats and realleges its responses to paragraphs 1-19 of the complaint as if set forth herein in full.

21.   Denied.

22.   As to the first and third sentences of paragraph 22 of the complaint, denied.  As to the second sentence, the agreement speaks for itself and no response is required.

23.   Denied.

24.   Denied.

25.   Denied.

26.   The defendant repeats and realleges its responses to paragraphs 1-25 of the complaint as if set forth herein in full.

3

27. Admitted that plaintiff paid the $500,000.  As to the remaining averments, defendant is without information to admit or deny.

28. Denied.

29. Denied.

30. Denied.

31. The defendant repeats and realleges its responses to paragraphs 30 of the complaint as if set forth herein in full.

32. The averments in paragraph 31 of the complaint constitute statements of law, and thus, no response is required.

33. Denied.

34. Denied.

## **AFFIRMATIVE DEFENSES.**

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate their damages.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claim for fraudulent inducement is barred by Fed. R. Civ. P. Rule 9(b) for failure to plead fraud with particularity.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff has not alleged with any specific the alleged damages it has suffered, and in fact, it has not suffered any damages.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims fail due to acquiescence.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred due to its own failure to follow NHI guidelines, policies and/or procedures.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because it agreed to the changes described in the complaint and therefore have waived any such claim or should be estopped from asserting its claims.

## NINTH AFFIRMATIVE DEFENSE

The plaintiff is barred from recovery due to failure or lack of consideration.

**JURY DEMAND**

Defendant hereby claims a right to trial by jury on all claims so triable.

        Respectfully submitted,

        DEFENDANT,
        PAGEMASTER CORP.,
        By its attorneys,

        */s/ Robert R. Pierce*
        Robert R. Pierce (BBO #549172)
        PIERCE & MANDELL, P.C.
        11 Beacon Street, Suite 800
        Boston, Massachusetts 02108
        (617) 720-2444
        bob@piercemandell.com

**CERTIFICATE OF SERVICE**

I, Robert R. Pierce, hereby certify that this document filed through the ECF system on September 15, 2020 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. To the best of my knowledge, information and belief, there are no non-registered participants.

        /s/Robert R. Pierce
        Robert R. Pierce (#549172)