UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GASBUDDY, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 20-11470 |
| ) | |
| PAGEMASTER CORP., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Local Rule 16.1, the Parties submit this Joint Statement. Counsel for the parties have conferred concerning all matters herein and have agreed in full upon this Joint Statement.

**A.    PROPOSED DISCOVERY SCHEDULE:**

1. **Initial Disclosures:** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be made by January 11, 2021.

2. **Fact Discovery:** All discovery, other than expert discovery, must be completed by July 31, 2021.

3. **Expert Discovery:**

    a.    Parties with the burden of proof shall designate their testifying experts and submit a written report of the expected testimony of each expert by September 30, 2021. All rebuttal experts shall be designated within forty-five (45) days of the designation.

    b.    Parties' trial experts, if any, must be deposed by November 30, 2021.

B. **DISPOSITIVE MOTIONS:**

    a.    Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by December 31, 2021.

    b.    Oppositions to dispositive motions must be filed within 21 days after service of the motion.

C. **CONSENT TO TRIAL BY MAGISTRATE JUDGE:**

The parties do not consent to trial before the Magistrate Judge.

D. **LOCAL RULE 16.1 (C) SETTLEMENT:**

The plaintiff presented defendant with a settlement proposal on August 22, 2019.

E. **LOCAL RULE 16.1 (D) CERTIFICATIONS:**

Pursuant to Local Rule 16.1(d)(3), undersigned counsel on behalf of their respective clients hereby affirm that each party and that party's counsel have conferred: (a) with a view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully submitted,

| | |
|---|---|
| /s/ John F. Farraher, Jr.<br>John F. Farraher, Jr. (BBO #568194)<br>GREENBERG TRAURIG, LLP<br>One International Place<br>Boston, MA 02210<br>(617) 310-6029<br>farraherj@gtlaw.com<br><br>*Counsel to Plaintiff GasBuddy, LLC*<br><br><br>**RULE 16.1 (D) CERTIFICATION**<br>GASBUDDY, LLC<br><br>By: /s/ Sarah McCrary, duly authorized | /s/ Robert R. Pierce<br>Robert R. Pierce (BBO # 549172)<br>PIERCE & MANDELL, P.C.<br>11 Beacon Street, Suite 800<br>Boston, MA 02108<br>(617) 720-2444 Phone<br>bob@piercemandell.com<br><br>*Counsel to Defendant PageMaster Corp.*<br><br><br>**RULE 16.1 (D) CERTIFICATION**<br>PAGEMASTER CORP.<br><br>By: /s/ Mark Resnick, duly authorized |

DATED: December 17, 2020

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 17, 2020.

           /s/   John F. Farraher, Jr.