UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GASBUDDY, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 20-11470 |
| ) | |
| PAGEMASTER CORP., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), the undersigned parties and non-party, by and through their counsel, hereby stipulate to the dismissal of all claims, counterclaims and affirmative defenses that were or could have been asserted in this action with prejudice. Each party and non-party hereby knowingly and voluntarily waives any right of appeal or other judicial review, and each party and non-party shall bear its own attorneys' fees and costs.

In support of this stipulation, GasBuddy states as follows:

1. GasBuddy,LLC (GasBuddy) initiated this action on August 4, 2020 seeking damages arising from an alleged breach of a written promotion agreement entered between GasBuddy and Defendant PageMaster Corp. (PageMaster).

2. GasBuddy was formerly owned by UCG Holdings Limited Partnership (UCG). On April 21, 2021, UCG sold 100% of the issued and outstanding ownership units in GasBuddy to a third, unrelated party. Simultaneously, GasBuddy assigned and transferred all of its right, title and interest in the causes of action asserted by GasBuddy against PageMaster in this action to UCG.

3.      GasBuddy, UCG and PageMaster hereby stipulate to the dismissal of all claims, counterclaims and affirmative defenses that were or could have been asserted in this action with prejudice.  This stipulation is entered into voluntarily among the parties without the payment of any remuneration or an admission of wrongdoing by any party nor non-party.

WHEREFORE, the undersigned parties and non-party hereby stipulate to the dismissal of all claims, counterclaims and affirmative defenses that were or could have been asserted in this action with prejudice.  Each party and non-party hereby knowingly and voluntarily waives any right of appeal or other judicial review, and each party and non-party shall bear its own attorneys' fees and costs.

                Respectfully submitted,

                GASBUDDY, LLC and
                UCG HOLDINGS LIMITED
                PARTNERSHIP
                By its attorneys,

                /s/ John F. Farraher, Jr.
                John F. Farraher, Jr. (BBO # 568194)
                GREENBERG TRAURIG, LLP
                One International Place
                Boston, MA 02110
                (617) 310-6029
                farraherj@gtlaw.com

                PAGEMASTER CORP.
                By its attorney

                /s/ Robert R. Pierce
                Robert R. Pierce (BBO # 549172)
                PIERCE & MANDELL, P.C.
                11 Beacon Street, Suite 800
                Boston, MA 02108
                (617) 720-2444 Phone

DATED:  June 22, 2021        bob@piercemandell.com